PEOPLE V TORREZ, No. 137035; Court of Appeals No. 274582.

PEOPLE V CHAPMAN, No. 137054; Court of Appeals No. 285809.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.

SCHORNAK V DAIMLERCHRYSLER CORPORATION, No. 137134; Court of Appeals No. 277024.

VERBRUGGHE V SELECT SPECIALTY HOSPITAL-MACOMB COUNTY, INC, No. 137212; reported below: 279 Mich App 741.

PEOPLE V CURRIE, No. 137220; Court of Appeals No. 278072.

CALLAWAY V GENERAL MOTORS CORPORATION, No. 137254; Court of Appeals No. 283320.
KELLY, C.J., and CAVANAGH and HATHAWAY, JJ. We would grant leave to appeal.

PEOPLE V WALLACE, No. 137296. The motion to add issue is denied, without prejudice to the defendant raising the issue in a motion for relief from judgment under MCR subchapter 6.500. Court of Appeals No. 282681.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.
HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case as I was the presiding trial judge. See MCR 2.003(B).

PEOPLE V CASHA, No. 137344; Court of Appeals No. 286260.

PEOPLE V EDENSTROM, No. 137390; reported below: 280 Mich App 75.
HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case as I was the presiding trial judge. See MCR 2.003(B).

GORDON V GENERAL MOTORS CORPORATION, No. 137420; Court of Appeals No. 284874.
KELLY, C.J., and CAVANAGH and HATHAWAY, JJ. We would grant leave to appeal.

SUTKOWI V GENERAL MOTORS CORPORATION, No. 137421; Court of Appeals No. 283994.

CITY OF HUNTINGTON WOODS V CITY OF DETROIT, No. 137495; reported below: 279 Mich App 603.
KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.

*Reconsideration Granted February 4, 2009:*

ANGLERS OF THE AUSABLE, INC V DEPARTMENT OF ENVIRONMENTAL QUALITY, No. 137725. We vacate our order dated December 11, 2008. On reconsideration, the application for leave to appeal the September 24, 2008, order of the Court of Appeals is considered, and it is denied, because we are not persuaded that the questions presented should be reviewed by this Court. Summary disposition entered at 482 Mich 1078. Court of Appeals No. 284315.